USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
Sanchez,
Plaintiff,

-against-

National Day Laborer Organization Network,
Defendant.
---------------------------------------------------------------X

25-cv-08158-KMK-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On August 11, 2026, the Court directed the parties to submit either a *Cheeks* motion or a joint status letter on the status of settlement by August 24, 2026. (ECF No. 28). The Court has not yet received any such motion or letter. The parties are reminded to submit either the *Cheeks* motion or a joint status letter, which is now due **August 28, 2026**.

**SO ORDERED.**

DATED: White Plains, New York
August 25, 2026

VICTORIA REZNIK
United States Magistrate Judge